# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**JOSE DANIEL HERRERA** )
)
**vs.** ) **Case No. CV 06-S-8005-S**
)
**UNITED STATES OF AMERICA** )

## ORDER

On January 27, 2006, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge.  After neither petitioner nor respondent filed objections, the court adopted and accepted the report and recommendation, denied petitioner's § 2255 motion, and dismissed this action. Thereafter, on motion of petitioner, the case was reopened, and he was allowed until May 31, 2006, to file objections to the magistrate judge's report and recommendation. Petitioner filed objections and a brief in support thereof on May 30, 2006.[1]

After careful consideration of the record in this case, the magistrate judge's report and recommendation, and petitioner's objections and brief in support thereof,

---

[1] While the objections and brief were not received by the court and file-stamped until June 5, 2006, under the "mailbox rule" enunciated in *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2397, 101 L.Ed.2d 245 (1988), the date the petition is signed and submitted by the inmate to prison authorities for mailing is the effective date of filing.  According to the certificate of service on the objections and brief, petitioner submitted them to prison authorities for mailing on May 30, 2006.

the court hereby ADOPTS the report and ACCEPTS the recommendations of the magistrate judge.  Accordingly, it is ORDERED, ADJUDGED and DECREED that the Motion to Vacate, Set Aside or Correct Sentence, filed by Jose Daniel Herrera pursuant to 28 U.S.C. § 2255, is DENIED, and this action DISMISSED.  The clerk is directed to close this file.

     DONE this the 29th  day of September, 2006.

                                                                        _____
                                                               United States District Judge